**FILED**
APR 23 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8341

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Jorge GUZMAN-Munguia, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about April 22, 2008, within the Southern District of California, Jorge GUZMAN-Munguia did knowingly and intentionally import approximately 31.54 kilograms (69.38 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Douglas Struckmeyer, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 23rd DAY OF April, 2008.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jorge GUZMAN-Munguia

## STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U. S. Immigration and Customs Enforcement Special Agent Douglas Struckmeyer.

On April 22, 2008, Jorge GUZMAN-Munguia entered the United States at the Calexico, California, West Port of Entry. GUZMAN was the driver and sole occupant of a 2006 Mercedes B200 registered to another person.

Customs and Border Protection Officer (CBPO) J. Burgueno conducted a primary inspection of GUZMAN and the vehicle. CBPO Burgueno received a negative Customs declaration from GUZMAN. During the primary inspection, CBPO Burgueno noticed that the vehicle's floor was higher than it should have been. He also noticed that the rocker panel cover was loose. Based on his observations, CBPO Burgueno referred GUZMAN to the secondary inspection area for further inspection.

CBPO L. Sanchez encountered GUZMAN in the secondary inspection area. CBPO Sanchez also received a negative customs declaration from GUZMAN. During the secondary inspection, CBPO Sanchez requested that Canine Enforcement Officer (CEO) C. Randolph conduct a sweep of the vehicle with his Narcotic Detector Dog (NDD). CEO Leon's NDD alerted to the rear floor of the vehicle, indicating the presence of the odor of a controlled substance in that area.

CBPO Sanchez further inspected the area and found scratch marks on the floor of the vehicle. She also noticed a heavy smell of bondo coming from the same area.

She referred the vehicle for an x-ray inspection. This inspection also showed anomolies in the same area.

Further inspection of the vehicle revealed the presence of a non-factory compartment built underneath the rear seats of the vehicle. A total of 26 packages were found concealed within the compartment. The combined weight of the packages was approximately 31.54 Kilograms (69.38 pounds). A sample taken from one of the packages field tested positive for cocaine.

Special Agents (S/A) D. Struckmeyer and F. Gonzalez interviewed GUZMAN. S/A Gonzalez provided GUZMAN with his constitutional rights per Miranda, with S/A Struckmeyer present. GUZMAN orally waived his rights, as well as signing a written waiver of rights, agreeing to make a statement.

GUZMAN told S/A Gonzalez that he owed approximately $12,000 to a man known as 'Negro' and that he was smuggling the controlled substance into the United States for 'Negro' in leiu of payment. GUZMAN stated that this was the first of five loads of controlled substances that he was supposed to smuggle into the United States in order to satisfy his debt.

GUZMAN was arrested by ICE Agents for violations of 21 USC 952 and 960, Importation of a Controlled Substance. GUZMAN was booked into the Imperial County Jail, El Centro, California, pending an appearance in U.S. Magistrate Court.